**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6642

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE LUIS SAGRERO-MATIAS, a/k/a Jose Pacheco,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:16-cr-00159-EWH-LRL-1)

Submitted: March 19, 2024                    Decided:  April 2, 2024

Before NIEMEYER, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Luis Sagrero-Matias, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Luis Sagrero-Matias appeals the district court's order denying his Fed. R. Crim. P. 36 motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Sagrero-Matias*, No. 2:16-cr-00159-EWH-LRL-1 (E.D. Va. May 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*